# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2025

## NO. 03-23-00769-CV

**Paul Walker and Jennifer Walker, Appellants**

**v.**

**Patrick Dertien and Heather Dertien, Appellees**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES THEOFANIS, CRUMP, AND JONES
### AFFIRMED -- OPINION BY JUSTICE JONES

This is an appeal from the judgment signed by the trial court on June 6, 2025. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.